1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8   UNITED STATES OF AMERICA,

9                          Plaintiff,           Case No. 15-401

10        v.                                    **DETENTION ORDER**

11  SOCORRO ALEJANDRES ALVEREZ,

12                         Defendant.

13        The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14  there are no conditions which the defendant can meet which would reasonably assure the

15  defendant's appearance as required or the safety of any other person and the community.

16        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17        Defendant is charged with a serious drug trafficking offense and possession of a firearm

18  in connection with that offense.  The severity of the offenses and potential penalties indicate

19  defendant is a danger to the community and presents a flight risk.  The Court received no verified

20  information about the defendant's ties to the community, residence, employment, or health.

21  Defendant has a criminal history including unlawful reentry into the country.

22        It is therefore **ORDERED**:

23

DETENTION ORDER - 1

1       (1)     Defendant shall be detained pending trial and committed to the custody of the

2   Attorney General for confinement in a correctional facility separate, to the extent practicable,

3   from persons awaiting or serving sentences, or being held in custody pending appeal;

4       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

5   counsel;

6       (3)     On order of a court of the United States or on request of an attorney for the

7   Government, the person in charge of the correctional facility in which Defendant is confined

8   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

9   connection with a court proceeding; and

10      (4)     The Clerk shall provide copies of this order to all counsel, the United States

11  Marshal, and to the United States Probation and Pretrial Services Officer.

12      DATED this 17th day of September, 2015.

13

14                                                   _____

15                                                   BRIAN A. TSUCHIDA
                                                     United States Magistrate Judge

16  e

17

18

19

20

21

22

23

DETENTION ORDER - 2